UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:11CR00112 SNLJ |
| | ) | |
| ROBERT E. SIMMONS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

IT IS HEREBY ORDERED that the report and recommendation of United States Magistrate Judge Lewis M. Blanton (#42), filed on April 4, 2012 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

IT IS HEREBY ORDERED that Defendant's Motion to Suppress Evidence and Statements (#26) be **DENIED**.

Dated this 18th day of April, 2012.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE